NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHNNY M. ADAMS, JR.,**

*Claimant-Appellant*

**v.**

**DOUGLAS A. COLLINS, Secretary of Veterans Affairs,**

*Respondent-Appellee*

---

2026-1304

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 23-6789, Judge Margaret C. Bartley.

---

**ON MOTION**

---

**O R D E R**

Johnny M. Adams, Jr., moves with consent to dismiss this appeal, and both parties agree to bear their own costs.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

2                  ADAMS v. COLLINS

(2)  Each party shall bear its own costs.

FOR THE COURT



February 2, 2026
      Date

Jarrett B. Perlow
Clerk of Court

ISSUED AS A MANDATE:  February 2, 2026